IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL -8 A 11: 44

CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA

vs.

LESTER BELL

CASE NUMBER.: CR592-29

## ORDER

Defendant Bell has filed a "Motion to Hold Filing Deadline Under 28 U.S.C. § 2255 ¶ 6 (3) in Abeyance Pending The Supreme Court's Ruling in Dodd v. United States." (Doc. 859.) The Government has filed a response. For the reasons stated in the Government's response, Bell's motion is **DENIED**.

**SO ORDERED**, this 8 day of July, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)