# In the United States District Court for the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff, | : | |
| v. | : | |
| LESTER BELL, | : | |
| Defendant. | : | NO. CR592-029-05 |

### ORDER

Defendant, Lester Bell, anticipating that the Supreme Court will make the rule announced in <u>United States v. Booker</u>, 543 U.S. 220 (2005), retroactive in application, has filed a notice to preserve his right to collaterally attack his sentence under this precedent. Such preservation is unnecessary. Should the Supreme Court declare that <u>Booker</u> so applies, Bell may renew his motion. Brown's motion is **DISMISSED** as being not ripe for adjudication. Dkt. No. 874.

SO ORDERED, this ____ day of February, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)