AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Lester Bell | ) Case No: CR592-00029-005 |
| | ) USM No: 13611-018 |
| Date of Previous Judgment: December 16, 1998 | ) Sandra J. Popson |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

FILED U.S. DISTRICT COURT BRUNSWICK DIV.

2008 FEB 27 P 4: 53

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __240__ months **is reduced to** __time served, plus 10 days__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __December 16, 1998__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __February 27, 2008__

Effective Date: __2-27-08__
(if different from order date)

Judge's signature

Judge, U.S. District Court
Printed name and title